FILED

AUG - 3 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05CR177-A |
| ) | [18 USC 922(g)(1); |
| MARVIN DARBY ) | 18 USC 924(e)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 23, 2005, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

MARVIN DARBY,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1) May 24, 2000, Escape 3rd Degree, in the Circuit Court of Pike County, CC-99-83;

2) May 24, 2000, Burglary 3rd Degree, in the Circuit Court of Pike County, CC-99-395;

3) December 9, 1995, Breaking and Entering a Motor Vehicle, in the Circuit Court of Pike County, Alabama, CC-93-120

4) December 9, 1995, Forgery 2nd Degree, in the Circuit Court of Pike County, Alabama, CC-93-120;

5) December 9, 1995, Arson 2nd Degree, in the Circuit Court of Pike County, Alabama, CC-93-178;

6) September 1, 1993, Breaking and Entering a Motor Vehicle, in the Circuit Court of Pike County, Alabama, CC-92-165;

7) May 10, 1990, Theft of Property 2nd Degree, in the Circuit Court of Pike County, Alabama, CC-89-161;

did knowingly possess in and affecting commerce a firearm, to-wit: a Remington, Model 700, .25-06 Rifle, serial number T6226651, in violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e).

## COUNT 2

On or about February 15, 2005, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

MARVIN DARBY,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1) May 24, 2000, Escape 3rd Degree, in the Circuit Court of Pike County, CC-99-83;

2) May 24, 2000, Burglary 3rd Degree, in the Circuit Court of Pike County, CC-99-395;

3) December 9, 1995, Breaking and Entering a Motor Vehicle, in the Circuit Court of Pike County, Alabama, CC-93-120

4) December 9, 1995, Forgery 2nd Degree, in the Circuit Court of Pike County, Alabama, CC-93-120;

5) December 9, 1995, Arson 2nd Degree, in the Circuit Court of Pike County, Alabama, CC-93-178;

6) September 1, 1993, Breaking and Entering a Motor Vehicle, in the Circuit Court of Pike County, Alabama, CC-92-165;

7) May 10, 1990, Theft of Property 2nd Degree, in the Circuit Court of Pike County, Alabama, CC-89-161;

did knowingly possess in and affecting commerce a firearm, to-wit: an SKS Rifle, serial number 225000519, in violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e).

## FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e) as alleged in Count 2 of this indictment, the defendant,

Marvin Darby,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Sections 922 and 924.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney