IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 31  A 9:52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | |
| VS. | CR#: 2:05-CR-177-A |
| MARVIN DARBY, Defendant. | |

## MOTION FOR ORDER PERMITTING DISCOVERY

Comes now the Defendant Marvin Darby, by and through Pro se hereby Moves the District Court on Motion for Order Permitting Discovery upon the United States Attorney pursuant to Rule 16.(a)(1)(A)(B)(F)(1) and (G) of the Federal Rules of Civil Procedure, and in Support Defendant request the following:

(1) Defendant request a genuine copy of the government agent interrogation written report;

(2) Defendant request a genuine copy of the information given to the U.S. Magistrate for probable cause for warrant of arrest;

(1)

(3) Defendant request a true and correct copy of all written or recorded statements, investigative report;

(4) Defendant request the true and correct names of all witnesses the U.S. Attorney intend to testify?

(5) Defendant request genuine examination of all fingerprints taken from the allege weapon;

(6) Defendant request genuine copies of all names of grand jury members who actually voted to indict defendant; <u>Butterworth v. Smith</u>, 108 L.Ed.2d at 580;

(7) Defendant request a true and correct copy of indictment?

Defendant makes known that all the above information requested is very relevant in order for defendant to prepare a meaningful defense.

Done this <u>25th</u> day of August 2005.

Respectfully Submitted,
Marvin Darby #156102
Marvin Darby
Kilby Correctional Facility
P.O. Box 150
Mt. Meigs, AL 36057-0150

(2)

## CERTIFICATE OF SERVICE

I hereby certify this 25th day of August 2005, that I have served the United States Attorney with a true and correct copy of the same via U.S. Mail Service at Kilby Correctional Facility postage prepaid.

Marvin Darby #156102
Marvin Darby, Defendant
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057-0150

(3)