IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

V

MARVIN DARBY,
    Defendant.

CR#: 2:05-CR-177-A

## MOTION TO DISMISS FOR GOOD CAUSE

Come Now, the Defendant Marvin Darby, Pro Se, in the above Style Case here by move the United States District Court on Motion to dismiss for good cause and in support defendant will show the following:

1. Defendant is innocent of said charges;

2. This is a case of misstaken idenity, due to the fact that at no time have I defendant Marvin Darby possessed any type of firearm.

3. Defendant respectfully request of the district court to reflect to detainer warrant information dated August 8, 2005 sign by U.S. Marshal Karen A. Chavers which will reveal the date of birth and social security number information is infact erroneous not belonging

(1)

to the defendant herein but to some unknown assailant that has evidently attempted identity theft.

4. The allege weapon in question must have the unknown assailant prints on it if properly check by forensic science.

5. The defendant in search of justice in this case has in fact file a Motion for discovery which yet has to be answered by the U.S. Attorney.

6. The defendant is in fact falsely accused, and in correction submit to this district his true identity as follows:

   (A) Marvin Darby
   (B) Black Male
   (C) Date of Birth 10-4-68
   (D) HGT 6'00
   (E) WGT 175
   (F) Eyes Brown
   (G) Hair Black
   (H) SS#: 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

## CONCLUSION

WHEREFORE, in light of the above it is clear that mistaken identity is the case here at bar, coupled with a procedure due process violation that is depriving your defendant of rehabilitative programs. For good cause dismissal of said detainer is in fact warranted

DATE: 9-5-05

Respectfully Submitted: Marvin Darby

(2)

## CERTIFICATE OF SERVICE

I hereby certify this 5th day of September 2005, that I have served a true and correct copy of the same upon the United States Attorney c/o Office of the Clerk of the United States District Court VIA U.S. Mail postage prepaid.

*Marvin Darby*
Marvin Darby
Kilby Corr. Fac.
P.O. Box 150
Mt. Meigs, AL 36057-0150