| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** September 21, 2005 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 11:15 - 11:21 |

√ **ARRAIGNMENT**    ❐ **CHANGE OF PLEA**    ❐ **CONSENT PLEA**
❐ **RULE 44(c) HEARING**    ❐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr177-A    **DEFENDANT NAME:** Marvin Darby
**AUSA:** Verne Speirs    **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( )NO; ( )YES    Name:

---

√ This is defendant's **FIRST APPEARANCE.**

√ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.

√ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❐ **WAIVER OF INDICTMENT** executed and filed.

❐ **INFORMATION** filed.

❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    √ **Not Guilty**
   ❐ **Guilty as to:**
      ❐ **Count(s):**
      ❐ **Count(s):**        ❐ dismissed on oral motion of USA
               ❐ to be dismissed at sentencing

❐ Written plea agreement filed    ❐ **ORDERED SEALED**

❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

√ **CRIMINAL TERM:**    11/7/05 **    ❐ **WAIVER OF SPEEDY TRIAL filed.**

    **DISCOVERY DISCLOSURE DATE: 9/21/05**

❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:
    ❐ Trial on _____; ❐ Sentencing on _____

❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❐ Trial on _____; or ❐ Sentencing on _____

❐ Rule 44 Hearing:    ❐ Waiver of Conflict of Interest Form executed
       ❐ Defendant requests time to secure new counsel

** **Defendant refused to sign Speedy Trial Waiver**