| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/17/05 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 9:46 - 9:50 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr177-A    **DEFENDANT(S):** Marvin Darby

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Clark Morris | * | Donnie Wayne Bethel |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**          Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**               Trial Likely

☐ **TRIAL STATUS**
                                 2 Days for Trial
                                 Term: 11/7/05

☐ **REMARKS:** Court to Issue Order Denying as Moot #11 Motion for Order Permitting Discovery
         Atty Bethel to Review and Notify position regarding #14 Pro Se Motion to Dismiss