IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr177-A |
| | ) | |
| MARVIN DARBY | ) | |

## ORDER ON MOTION

On 31 August 2005, the defendant, MARVIN DARBY, filed a Motion for Order Permitting Discovery (Doc. #11). The court record reflects that a notice of appearance has been filed by court appointed counsel. Therefore, it is

ORDERED that the Defendant's (Pro Se) Motion for Order Permitting Discovery (Doc #11), is DENIED as MOOT.

DONE this 17th day of October 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE