IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR177-A |
| | ) | |
| MARVIN DARBY | ) | |

## ORDER

On 31 August 2005, almost one month before he was arraigned and before this case was scheduled for pretrial litigation, the defendant filed a pro se Motion To Dismiss (Doc. # 14). Discovery had not yet been provided and counsel had not been appointed to represent the defendant. Accordingly, it is

ORDERED that the defendant's pro se motion to dismiss is DENIED as untimely. Counsel shall admonish the defendant to refrain from filing pro se motions inasmuch as he is officially represented by counsel.

DONE this 17th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE