IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:05cr177-A |
| MARVIN DARBY | ) |

## **ORDER**

It is hereby ORDERED that this case is set for jury selection before Judge Mark Fuller on Monday, November 7, 2005, at 10:00 a.m. and for trial before the undersigned on Wednesday, November 16, 2005, at 9:00 a.m.

DONE this 25th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE