IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-177-F |
| | ) | |
| MARVIN DARBY | ) | |

## **O R D E R**

Upon consideration of the United States' Notice of Substitution of Counsel (Doc. #26) filed on October 31, 2005 which the court construes as a motion for leave to appear as additional counsel for the government, it is hereby

ORDERED that the motion is GRANTED to the extent that Mr. Cooke is added as additional counsel for the government and DENIED in all other respects.

DONE this 1st day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE