IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr177-F |
| | ) | |
| MARVIN DARBY | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Verne H. Speirs be allowed to withdraw from the above-styled case.

Respectfully submitted this the 3rd day of November, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/Verne H. Speirs
VERNE H. SPEIRS
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr177-F |
| | ) | |
| MARVIN DARBY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

    Respectfully submitted,

    /s/Verne H. Speirs
    VERNE H. SPEIRS
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: verne.speirs@usdoj.gov