IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-177-F |
| | ) | |
| MARVIN DARBY | ) | |

### ORDER

It is hereby ORDERED that this case is set for a status conference on November 4, 2005 at 9:30 A.M. in the chambers of the undersigned, One Church Street, Montgomery, Alabama.

DONE this 3rd day of November, 2005.

_____
TRUMAN HOBBS
Senior United States District Judge