IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-177-F |
| | ) | |
| MARVIN DARBY | ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney filed by Verne Spears (Doe. #32) on November 3, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 4th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE