RECEIVED
2005 NOV -7  A 9:41
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-177-A |
| ) | |
| MARVIN DARBY ) | |

## MOTION TO STAY PROCEEDINGS

**NOW COMES** the Defendant, Marvin Darby, by and through undersigned counsel, DONNIE W. BETHEL, and respectfully moves this Court, pursuant to 28 U.S.C. 1867(a), to stay the proceedings in this case until such time as the Defendant can inspect the contents of records or papers used by the jury commission or clerk in connection with the jury selection process to help him determine whether or not to move to dismiss the indictment on the ground that there was substantial failure to comply with provisions of 28 U.S.C. 1861 et. seq. in selecting the grand or petit jury.

Dated this 7th day of November, 2005.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-177-A |
| ) | |
| MARVIN DARBY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49