RECEIVED
2005 NOV -7 A 9: 41
[DOCKET stamp]
DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-177-A |
| ) | |
| MARVIN DARBY ) | |

## AFFIDAVIT

STATE OF ALABAMA        )

COUNTY OF MONTGOMERY )

The Affiant, **DONNIE W. BETHEL**, states the following:

1. My name is Donnie W. Bethel. I am an attorney for the Federal Defenders, Middle District of Alabama, and I represent the defendant, Marvin Darby.

2. In this capacity, I have attempted to determine what portion of a jury panel would be White and what portion of the panel would be Black, if the jury panel were composed of a fair cross-section of the community for the Middle District of Alabama.

3. In order to reach this calculation, I have reviewed statistics from the United States Department of Commerce's 2000 Census of Population for the 23 counties[1] which make up the Middle District of Alabama.

4. These statistics establish the following facts:

   a. The total population of these 23 counties, as of the 2000 census, is

---

[1] These counties are: Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Randolph, Russell, and Tallapoosa.

1,054,371.

    b.    The number of persons living in these twenty-three counties who are designated as "White," according to the 2000 census, is 686,475.

    c.    Thus, approximately 65 percent of the population of the Middle District of Alabama is White.

    d.    The number of persons living in these 23 counties who are designated as "Black," according to the 2000 census, is 341,625.

    e.    Thus, approximately 32 percent of the population of the Middle District of Alabama is Black.

5.    Accordingly, I would anticipate a jury panel drawn from a fair cross-section of the community of the Middle District of Alabama would be approximately 32 percent Black.

6.    In this case, the jury venire consists of 52 members. I have received Juror Information Questionnaires for 48 of the 52 members. Of these 48 members, seven, or less than 15 percent, identify themselves as Black. Therefore, the percentage of Black members of the venire for whom I have received Questionnaires is substantially less than the percentage (32 percent) of Blacks among the total population of the Middle District of Alabama.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

_____
**DONNIE W. BETHEL**

7 November 2005
_____
**DATE**

_____
**WITNESS**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | Case No.: 2:05-cr-177-A |
| ) | |
| MARVIN DARBY ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: K. David Cooke, Jr., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49