# **MINUTES**

```
           IN THE UNITED STATES DISTRICT COURT FOR THE
              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT    MONTGOMERY,    ALABAMA

DATE COMMENCED   NOVEMBER 7, 2005            AT       10:14       A.M./P.M.

DATE COMPLETED   NOVEMBER 7, 2005            AT       10:18       A.M./P.M.

UNITED STATES OF AMERICA            )
                                    )
     v                              )       Cr No. 2:05-cr-177-F
                                    )
MARVIN DARBY                        )
_____
      PLAINTIFF(S)/GOVERNMENT     APPEARANCES         DEFENDANT(S)
                                       X
AUSAs Karl David Cooke, Terry Moorer X  Atty Donnie Bethel
                                       X
                                       X
                                       X
_____
                         COURT OFFICIALS PRESENT:
Meredyth Cohen,            Sheila Carnes,           Mitchell Reisner,
  Law Clerk                Courtroom Clerk            Court Reporter
_____
                              PROCEEDINGS:
( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   MOTION HEARING


10:14  a.m.    Parties' heard (in-chambers, prior to jury selection) on
               defendant's motion to stay [37] and motion to inspect [38].
               Motion to stay will be denied; jury selection will proceed;
               motion to inspect reserved for disposition by Judge Fuller.
10:18  a.m.    Hearing concluded.
```