IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr177-F |
| | ) | |
| MARVIN DARBY | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Terry F. Moorer, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 7th day of November, 2005.

                                                       LEURA GARRETT CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/Terry F. Moorer
                                                     TERRY F. MOORER
                                                     Assistant United States Attorney
                                                     One Court Square, Suite 201
                                                     Montgomery, AL 36104
                                                     Phone: (334) 223-7280
                                                     Fax: (334) 223-7135
                                                     E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr177-F |
| | ) | |
| MARVIN DARBY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

    Respectfully submitted,

    /s/Terry F. Moorer
    TERRY F. MOORER
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov