**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MYRON H. THOMPSON,  JUDGE          AT    MONTGOMERY,    ALABAMA

DATE COMMENCED  NOVEMBER 7, 2005          AT      10:19       A.M./P.M.

DATE COMPLETED  NOVEMBER 7, 2005          AT      11:55       A.M./P.M.

UNITED STATES OF AMERICA         )
                                 )
    v                            )   Cr No. 2:05-cr-177-F
                                 )
MARVIN DARBY                     )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSAs Karl Cooke, Jr., Terry Moorer | X X X X | Atty Donnie Bethel |

COURT OFFICIALS PRESENT:

| Meredyth Cohen, Law Clerk | Sheila Carnes, Courtroom Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

JURORS

| 1) Gary Michael Knighton | 7) Donald O. Williams |
|---|---|
| 2) Linda Law Guin | 8) Carol Clark Glover |
| 3) Nellye R. Reynolds | 9) Michelle Lee Piatt |
| 4) Jacquelyn C. DeJarnette | 10) Deanna P. Stinson |
| 5) Ted Wayne Curry | 11) Robert James Sampson |
| 6) Phyllis Kay Sneller | 12) Aubrey Hill |

ALTERNATES

13) Stephen W. Hodge                         14) Douglas J. O'Neal

# JURY SELECTION

| | |
|---|---|
| 10:19 a.m. | Court convened. Multiple Voir Dire commenced in Cr Nos 2:05cr177-F (USA v Darby) and 1:05cr161-T (USA v Herring). |
| 11:10-11:40 a.m. | Jury Selection held. <u>Batson</u> challenge; oral argument heard; challenge overruled. |
| 11:50 a.m. | Jury seated and excused with directions to report at 8:14 a.m. on November 16, 2005, for the 9:00 a.m. jury trial before Judge Mark Fuller. |
| 11:55 a.m. | Jury Selection concluded. |