IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr177-F |
| **MARVIN DARBY** | ) | |

## ORDER

As stated during a hearing on November 7, 2005, it is ORDERED as follows:

(1) Defendant's motion to stay proceedings is denied.

(2) Defendant's motion to inspect jury list is left for disposition by Judge Mark Fuller.

DONE, this the 7th day of November, 2005.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**