IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-177-F |
| ) | |
| MARVIN DARBY ) | |

## **ORDER**

This cause is before the Court on Defendant's Motion to Inspect Jury List for Both the Grand Jury and the Petit Jury (Doc. # 38). That motion is hereby REFERRED to Magistrate Judge Vanzetta McPherson.

DONE this 9th day of November, 2005.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE