IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-177-F |
| ) | |
| MARVIN DARBY ) | |

**MOTION TO WITHDRAW AND FOR SUBSTITUTION OF CJA COUNSEL**

**COMES NOW** undersigned counsel and moves to withdraw as counsel for Marvin Darby and requests this Court to appoint Daniel Hamm, CJA panel attorney as counsel. In support of this motion, undersigned counsel states:

1. The relationship between Mr. Darby and the Federal Defenders is irreparably broken.

2. Federal Defenders has contacted Daniel Hamm, and Mr. Hamm has agreed to take the case.

3. Mr. Hamm will be ready to go to trial next Wednesday, November 16, 2005, as scheduled. However, Mr. Darby is adamant that his attorney will need more time to prepare for his trial.

4. Mr. Darby, after conferring with his attorney, will ask for a continuance.

WHEREFORE, for the reasons set forth in this pleading, undersigned counsel defendant respectfully asks that this motion be granted and Daniel Hamm, CJA panel attorney be appointed.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   Case No.: 2:05-cr-177-A |
| | ) |
| **MARVIN DARBY** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

       Respectfully submitted,

       s/ Donnie W. Bethel
       DONNIE W. BETHEL
       Assistant Federal Defender
       201 Monroe Street, Suite 407
       Montgomery, Alabama 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       E-mail: don_bethel@fd.org
       IN Bar Code: 14773-49