IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:O5CR177-F |
| | ) | |
| MARVIN DARBY | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Withdraw and For Substitution of CJA Counsel, filed on 10 November 2005 (Doc. # 44), is GRANTED. Accordingly, Donnie Bethel, Esq. is hereby permitted to withdraw as counsel of record, and the court appoints Daniel Hamm, Esq., (who has agreed to accept this case) as the defendant's trial counsel. Mr. Hamm has represented to the court that he will be prepared to go to trial in this case on Wednesday, 16 November 2005.

DONE this 10th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE