IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:05CR177-F |
| | ) | |
| MARVIN DARBY | ) | |

## ORDER

Upon consideration of the defendant's Motion to Inspect Jury List For Both the Grand Jury and the Petit Jury, and for good cause, it is

ORDERED that the motion is DENIED.  The defendant states no grounds for his motion; he merely avers that he wishes to inspect the documents "to help him determine whether or not to move to dismiss the indictment on the ground that there was substantial failure to comply with provisions" of applicable law.

First, to the extent the motion is construed as a pretrial motion (it was filed on the morning of trial, one-half hour before jury selection), it is untimely.  The Arraignment Order filed in this case on 26 September 2005 (Doc. # 18) directed the filing of pretrial motions on or before 15 October 2005.  Second, the motion lacks any basis whatsoever.  It merely importunes the court to permit the defendant to "look to see if anything is wrong".  As such, this motion could be filed in any criminal case in the absence of grounds therefor.

DONE this 10th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON