# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| V. | CASE NUMBER |
| MARVIN DARBY, DEFENDANT. | 2:05-CR-177-A |

## MOTION TO CONTINUE TRIAL – JEOPARDY WAIVER

**COMES NOW** the defendant, Marvin Darby, by and through his counsel of record and moves this Honorable Court for an order continuing the Defendant's trial, by stating the following grounds:

1. The above styled case is scheduled to begin trial on November 16, 2005.

2. The Defendant's previous counsel filed a Motion to Withdraw approximately six days before trial and this filing was at the insistence of the Defendant.

3. The undersigned has been appointed as counsel for the Defendant and will need additional time to prepare for trial.

4. The Defendant is aware that the jury has been selected and may have been sworn and hereby waives any jeopardy issues that may attach should this court grant this Motion to Continue.

5. A *Waiver of Speedy Trial,* pursuant to *Title 18 United States Code §3161,* will be filed in support of the instant motion.

**RESPECTFULLY SUBMITTED** this the 13th day of November, 2005.

/s/ **Daniel G. Hann**

---

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Continue Trial – Jeopardy Waiver by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 13th day of November, 2005.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Karl David Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101

IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>MARVIN DARBY,<br>DEFENDANT. | CASE NUMBER<br><br>2:05-CR-177-A |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

COMES NOW, the defendant, Marvin Darby, having been informed of my rights to a speedy trial within seventy (70) days of my indictment. I am aware that the right to have this trial within this seventy day period is not absolute and that the Court, based upon the need for justice, or at my request or a request by the Government may grant a continuance and extend the time period at any time before my trial.

I hereby knowingly waive my rights to a speedy trial pursuant to *Title 18 United States Code §3161.*

RESPECTFULLY SUBMITTED this the 13th day of November, 2005.

*/s/ Marvin Darby*
MARVIN DARBY
DEFENDANT