IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-177-F |
| | ) | (WO) |
| MARVIN DARBY | ) | |

## **O R D E R**

In light of the substitution of counsel and defendant's motion to continue the trial, it is hereby

ORDERED that the court declares a mistrial in the trial of this case set to begin on Wednesday, November 16, 2005. The trial of this case is reset for the February 13, 2006 criminal term of court. The jury selected for the trial of this case is discharged from any further service.

DONE this 14th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE