# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> MARVIN DARBY, DEFENDANT. | CASE NUMBER <br><br> 2:05-CR-177-A |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW,** Daniel G. Hamm, and hereby gives notice of acceptance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 15th day of November, 2005.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 15th day of November, 2005.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

Karl David Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101