| COURTROOM DEPUTY'S MINUTES | DATE: 11/21/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:45 - 9:46 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr177-F    **DEFENDANT(S):** Marvin Darby

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Karl David Cooke, Jr. | * * * * * | Daniel Gary Hamm |

☐ **DISCOVERY STATUS:**    Complete

☐ **PENDING MOTION STATUS:**    None

☐ **PLEA STATUS:**    Trial Likely

☐ **TRIAL STATUS**
    2 Days for Trial
    Term: 2/13/06

☐ **REMARKS:**