# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MARVIN DARBY, DEFENDANT | CASE NUMBER<br><br>2:05-CR-177-A |

## MOTION TO ALLOW SUBSTITUTE COUNSEL FOR PRETRIAL CONFERENCE

**COMES NOW** the defendant, Marvin Darby, by and through his counsel of record and pursuant to the Order of Arraignment moves this Honorable Court for an order allowing the substitution of counsel at the Pre-Trial conference currently set for January 3, 2006 by stating the following grounds:

1. The Defendant's counsel has a scheduled bench trial in Elmore County set to begin at 8:30 a.m. and will not conclude prior to the Defendant's Pre-Trial conference. *State of Alabama v John David Bass TR-2005-00587300.* Counsel just learned of this hearing on return to the office on Tuesday, December 27, 2005.

2. The Defendant has no objections for the substitution of counsel for the Pre-Trial conference. (See Attached Affidavit)

3. If the Court finds it acceptable, defense counsel will send another attorney and personally discuss the matters normally covered at a Pre-Trial conference with the attorney for the Government.

**WHEREFORE** the above premises considered, the Defendant prays that this Honorable Court will allow defense counsel to designate another attorney from his office to represent the defendant during the Pre-Trial conference.

**RESPECTFULLY SUBMITTED** this the 29th day of December, 2005.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Allow Substitute Counsel for PreTrial Conference by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 29th day of December, 2005.

/s/ **Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Karl David Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MARVIN DARBY,<br>DEFENDANT | CASE NUMBER<br><br>2:05-CR-177-A |

## DEFENDANT'S CONSENT TO SUBSTITUTE COUNSEL

I, Marvin Darby, have been informed by my attorney, Daniel G. Hamm that he will not be available for my Pre-Trial Conference scheduled on January 3, 2006. I agreed to allow Ms. Kathy D. Ryan, an attorney at law in good standing with the State of Alabama Bar to act as my counsel during my Pre-Trial Conference. Prior to signing this document Mr. Hamm explained to me the purpose of the Pre-Trial Conference and I feel comfortable with Ms. Ryan assuming the duties of counsel during this Pre-Trial Conference.

_____
MARVIN DARBY