| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 1/3/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:27 - 9:29 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr177-F   **DEFENDANT(S):** Marvin Darby

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Karl David Cooke, Jr.<br>Terry Moorer | * * * | Kathy Ryan |
| | * * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:** #54 Motion to Substitute Attorney at Pre-Trial Conference-WILL BE GRANTED

☐ **PLEA STATUS:**   Trial Likely

☐ **TRIAL STATUS**
  2 Days for Trial
  Term: 2/13/06

☐ **REMARKS:**   Waiver for Speedy Trial Filed