IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr177-A |
| | ) | |
| MARVIN DARBY | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Motion to Substitute Attorney at Pre-Trial Conference, filed on 29 December 2005 (Doc #54), is GRANTED.

DONE this 3rd day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE