# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MARVIN DARBY,<br>DEFENDANT | CASE NUMBER<br><br>2:05-CR-177 |

## DEFENDANT'S OFFER OF STIPULATION TO PRIOR FELONY CONVICTIONS

**COMES NOW** the Defendant, in the above styled matter and offers to stipulate to the fact that the defendant, Marvin Darby, has been and stands convicted of a felony offense, on May 24, 2000, in the Circuit Court of Pike County, Alabama, which was punishable by imprisonment of a term exceeding one year, as alleged in the indictment. It is also agreed that this same offense satisfies the element prohibited in 18 U.S.C. 922(g)(1) … to wit "who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; …"

**RESPECTFULLY SUBMITTED** this the 8th day of February, 2006.

*/s/ Marvin Darby*
MARVIN DARBY, DEFENDANT

*/s/ Daniel G. Hamm*
DANIEL G. HAMM, ATTORNEY
FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Defendant's Offer of Stipulation to Prior Felony Convictions by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 8th day of February, 2006.

>                                 /s/ Daniel G. Hamm
> DANIEL G. HAMM (HAM043)
> ATTORNEY FOR THE DEFENDANT
> DANIEL G. HAMM, P.C.
> 560 S. MCDONOUGH ST., STE. A
> MONTGOMERY, ALABAMA 36104
> TELEPHONE   334-269-0269
> FAX         334-323-5666

Karl Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101