# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NUMBERS** |
| V. | **2:05-CR-177-A** |
| **MARVIN DARBY, DEFENDANT** | |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS

**COMES NOW,** Daniel G. Hamm, and hereby notifies this Honorable Court of his change of address. Counsel's new address is 560 South McDonough Street, Suite A; Montgomery, Alabama 36104, e-mail address is dhamm@dghlegal.com, and fax number has changed to 334-323-5666.

**RESPECTFULLY SUBMITTED** this the 10th day of February, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**DANIEL G. HAMM, P.C.**
560 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day placed a copy of this Notice of Attorney Change of Address by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the parties named below or parties if not represented by counsel.

**DONE** this the 10th day of February, 2006.

/s/ **Daniel G. Hamm**
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT

Karl David Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101