# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 13 2006 | AT: | 10:05 a.m. |
| DATE COMPLETED: | February 13, 2006 | AT: | 12:05 p.m. |
| | | | (Court Time: 1 hr. 15 min.) |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 2:05cr177-LSC
                            )
MARVIN DARBY                )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| David Cooke | Dan Hamm |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Jimmy Dickens, Court Reporter | Elna Behrman, Courtroom Deputy |

## JURORS

1. Chesley Brown
2. William Rayborn
3. Robert Gilbert
4. Millicent Bowen
5. Benita Cobb
6. Kenneth Aycock
7. Mickeal Rodgers
8. Susanne Hoyle
9. William Irvin
10. Ray Thomas.
11. Arlean Allen
12. Jenny Norwood

## ALTERNATE JURORS

1. Michael Foster
2. Linda Ewert

## COURTROOM PROCEEDINGS

| | |
|---|---|
| 10:05 a.m. | Court is in session. |
| | Jury oath given. |
| | Court gives general information to the venire. |
| 11:15 a.m. | Multiple jury qualification ends. |
| | |
| 11:15 a.m. | Jury selection begins. |
| 11:45 a.m. - 12:15 a.m. | Bench conference (on the record) (challenges for cause on all cases) |
| 12:40 a.m. | Jury selection complete and jurors excused. |