IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
AUG - 3 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR177-A |
| | ) | [18 USC 922(g)(1); |
| MARVIN DARBY | ) | 18 USC 924(e)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 23, 2005, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

MARVIN DARBY,

defendant herein, having been convicted of felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, did knowingly possess in and affecting commerce a firearm, to-wit: a Remington, Model 700, .25-06 Rifle, serial number T6226651, in violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e).

## COUNT 2

On or about February 15, 2005, a better date being unknown to the Grand Jury, in Pike County, within the Middle District of Alabama,

MARVIN DARBY,

defendant herein, having been convicted of felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama,

did knowingly possess in and affecting commerce a firearm, to-wit: an SKS Rifle, serial number 225000519, in violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney