
Filed 2-14-06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| V. ] | CASE NO. 2:05-CR-177-LSC |
| ] | |
| MARVIN DARBY ] | |

### VERDICT

(Count One)

We, the jury, find the defendant, Marvin Darby, NOT GUILTY as charged in Count One of the indictment.

_____   _____
DATE                     FOREPERSON'S SIGNATURE

- - - - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Marvin Darby, GUILTY as charged in Count One of the indictment.

Feb. 14, 2006                     *William Morgan Rayborn*
DATE                              FOREPERSON'S SIGNATURE


Filed 2-14-06

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ]<br>]<br>]<br>V.   ]   CASE NO. 2:05-CR-177-LSC<br>]<br>]<br>MARVIN DARBY  ] | |

VERDICT

(Count Two)

We, the jury, find the defendant, Marvin Darby, NOT GUILTY as charged in Count Two of the indictment.

Feb. 14, 2006
DATE

William Morgan Raylor
FOREPERSON'S SIGNATURE

- - - - - - - - - - - - - - - - - -

We, the jury, find the defendant, Marvin Darby, GUILTY as charged in Count Two of the indictment.

_____
DATE

_____
FOREPERSON'S SIGNATURE