JURY TRIAL SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CASE NUMBER: 2:05-CR-177-LSC |
| MARVIN DARBY | |

| | |
|---|---|
| AUSA: Karl David Cooke, Jr. | Defense Attorney: Daniel Gary Hamm |

JURY SELECTED

| | |
|---|---|
| 1.  Brown, Chesly Chenean | 7.  Rodgers, Mickeal Ray |
| 2.  Rayborn, Williams Morgan | 8.  Hoyle, Susanne Fischbeck |
| 3.  Gilbert, Robert Melvin | 9.  Irvin, William Royce |
| 4.  Bowen, Millicent Cutchen | 10. Thomas, Ray Lambert |
| 5.  Cobb, Benita C. | 11. Allen, Arlean M |
| 6.  Aycock, Kenneth Gene | 12. Norwood, Jenny Lynn |
| First Alt. Foster, Michael E. | Second Alt. Evert, Linda C. |

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| 2/13/06: Donnie Brundrige | 2/13/06: Jennifer Washington |
| Mike McClellan | Marilyn Darby |
| Sonny Schreiber | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| COURTROOM DEPUTY: Ann Fox | COURT REPORTER: Lindy Fuller |

TRIAL DATES:   2/13/2006: 1:50 - 3:23; 3:45 - 4:50
2/14/2006: 9:05 - 10:00 (Jury deliberations 10:10 - 11:50); 12:00 - 12:07

COURTROOM NOTES CONT.   USA v. MARVIN DARBY                CASE NUMBER: 2:05-CR-177-LSC

**2/13/2006: JURY TRIAL** held before the Honorable L. Scott Coogler, USDJ; Government's exhibits offered and received; Witness rule invoked; Court's preliminary remarks to the jury - Jurors' oath administered - Opening statement; Government's testimony; Jurors' afternoon break; (outside presence of the jury - motion #61 in limine - (orally) GRANTED - motion #62 in limine - held under advisement - motion #63 in limine - (orally) GRANTED) - testimony continued - stipulations read into the record - Government rest;   Defendant's (oral) motion for judgment of acquittal as to Counts 1 and 2 - (orally) OVERRULED - Defendant's testimony - Defendant rest - No rebuttal - Charge conference with the attorneys - Daily recessed - Ctrptr Lindy Fuller /adf

**2/14/2006: JURY TRIAL** continued - Closing arguments - Court's charge to the jury - Alternate jurors excused - (Jury Deliberations 10:10 - 11:50); Verdict returned finding the defendant Marvin Darby GUILTY as charged in Count 1 of the indictment and NOT GUILTY as charged in Count 2 of the indictment - Jury polled - Jurors released; Court's (oral) order that judgment will be entered thereon as to the defendant guilty as to Count 1 and not guilty as to Count 2; Defendant remanded to the USM pending sentencing hearing to be set - Adjourned - Ctrptr Lindy Fuller /adf