# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

IN THE MATTER OF: _____

U.S.A.

VS.

Marvin Darby

CASE NUMBER: CR 2:05-CR-177-LSC

**RECEIPT IS HEREBY ACKNOWLEDGED**
**FOR THE FOLLOWING TRIAL EXHIBITS:**

Gov't exhibits #1 and #2 (Remington Model 700 & Norinco SKS firearms)

Firearms replaced by photos

_____  02/13/06
(Signature)                      (Date)

JENNIFER A. RUBBEN

_____  2/14/06

STYLE: USA v. Darby     CASE NUMBER: CR 05-CR-177-LSC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | PLAINTIFF / GOVERNMENT (circled) / DEFENDANT / COURT / JOINT — 2/13/06 Jury Trial |
| | 1 | ✓ | | | | | | | ✓ | Remington 700 Model #T6226651 ✱ |
| | 2 | ✓ | | | | | | | ✓ | Norinco SKS #225000519 ✱ |
| | 3 | ✓ | | | | | | | ✓ | 6 person photo lineup |
| | 4 | ✓ | | | | | | | ✓ | Warrent Ads for Stolen gun |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | ✱ Gout's exhibits 1 + 2 firearms replaced by photos of firearms. ADJ. 2-14-06 |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |