NONJURY TRIAL SHEET

U.S.A.

vs.

Marvin Darby

Case Number: 2:05-CR-177-LSC

COURTROOM NOTES: Sentencing Hearing held before the Honorable L. Scott Coogler, USDJ - objections by dft to psi report heard - (orally) overruled. Court's finding the dft qualifies as armed career criminal on the record - sentence imposed - dft remanded to custody of USM / adj gov'ts exhibit offered + admitted

| PLAINTIFFS WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | Dft atty Daniel Hamm |
| | AUSA David Cooke |

TRIAL DATES: 6/8/06: 1:35-1:50

COURTROOM DEPUTY: Ann Fox     COURT REPORTER: Lindy Fuller