STYLE: USA v. Marvin Darby    CASE NUMBER: 2:05-CR-177-LSC

*Sentencing Hrg. 6-8-06*

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | ✓ | | | | | | | ✓ | Copies of dft's convictions |
| | 2 | | | | | | | | | |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | EXHIBIT LOCATED IN AN EXPANSION FOLDER WITH CASE FILE |
| | 0 | | | | | | | | | |