# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> MARVIN DARBY, DEFENDANT. | CASE NUMBER <br><br> 2:05-CR-177-A |

## NOTICE OF APPEAL

**COMES NOW** the defendant, Marvin Darby, by and through his counsel of record and files this notice of appeal of his conviction and sentence in the above referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to *10 U.S.C. § 3006 (A)(d)(6)* to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by *§ 1915(a) of Title 28*

**RESPECTFULLY SUBMITTED** this the 12th day of June, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Appeal by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 12th day of June, 2006.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Karl David Cooke
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101