# United States Court of Appeals

For the Eleventh Circuit

No. 06-13341

District Court Docket No.
05-00177-CR-2-LSC-VPM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

May 11, 2007

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

MARVIN DARBY,

    Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

Appeal from the United States District Court
for the Middle District of Alabama

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUN 1 1 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: May 11, 2007
For the Court: Thomas K. Kahn, Clerk
By: Harper, Toni