Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

June 12, 2008

**Appeal Number: 06-13341-SS**
Case Style: USA v. Marvin Darby
District Court Number: 05-00177 CR-2-LSC-VPM

CC:   Debra P. Hackett

CC:   Hon. L. Scott Coogler

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 12, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 06-13341-SS**
Case Style: USA v. Marvin Darby
District Court Number: 05-00177 CR-2-LSC-VPM

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda McConnell (404) 335-6209

c: District Court Judge

MDT-4 (04-2007)

84



# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001



June 2, 2008

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Marvin Darby
        v. United States
        No. 07-10648
        (Your No. 06-13341) 55

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk