# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MARVIN DARBY | Case No. 2:05cr177-01-LSC |
| | USM No. 11781-002 |
| | Nate Wenstrup |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___3-7___ of the term of supervision.

☑ was found in violation of condition(s) count(s) ___1 and 2___ after plea of no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation - Unlawful Breaking/Entering of Vehicle | 10/28/2016 |
| 2 | New Law Violation - Receiving Stolen Property Fourth Degree | 10/18/2016 |
| 3 | New Law Violation - Domestic Violence Third Degree | 05/10/2016 |
| 4 | New Law Violation - Resisting Arrest | 05/10/2016 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __8837__

Defendant's Year of Birth: __1968__

City and State of Defendant's Residence:
Troy, AL

11/28/2017
Date of Imposition of Judgment

Signature of Judge

L. SCOTT COOGLER, U.S. DISTRICT JUDGE
Name and Title of Judge

12/1/2017
Date

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: MARVIN DARBY
CASE NUMBER: 2:05cr177-01-LSC

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | New Law Violation - Attempting to Elude | 05/10/2016 |
| 6 | Failure to Submit Monthly Supervision Reports | 09/30/2016 |
| 7 | Failure to Notify Probation Officer of Change in Address | 10/28/2016 |

DEFENDANT: MARVIN DARBY
CASE NUMBER: 2:05cr177-01-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

21 months. No supervised release imposed.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be designated to a facility as close as possible to Troy, AL.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL